| | |
|---|---|
| ROBERT C. SCHUBERT (S.B.N. 62684) <br> rschubert@sjk.law <br> WILLEM F. JONCKHEER (S.B.N. 178748) <br> wjonckheer@sjk.law <br> NOAH M. SCHUBERT (S.B.N. 278696) <br> nschubert@sjk.law <br> CASSIDY KIM (S.B.N. 315236) <br> ckim@sjk.law <br> SCHUBERT JONCKHEER & KOLBE LLP <br> Three Embarcadero Center, Suite 1650 <br> San Francisco, California 94111 <br> Telephone: (415) 788-4220 <br> Facsimile: (415) 788-0161 <br><br> Attorneys for Plaintiff <br> MONTGOMERY BEYER | LAURENCE F. PULGRAM (CSB NO. 115163) <br> lpulgram@fenwick.com <br> TYLER G. NEWBY (CSB NO. 205790) <br> tnewby@fenwick.com <br> MOLLY R. MELCHER (CSB NO. 272950) <br> mmelcher@fenwick.com <br> CIARA N. MITTAN (CSB No. 293308) <br> cmittan@fenwick.com <br> FENWICK & WEST LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2300 <br> Facsimile: 415.281.1350 <br><br> Attorneys for Defendant <br> SYMANTEC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTGOMERY BEYER, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SYMANTEC CORPORATION, <br><br> Defendant. | Case No. 3:18-cv-02006-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT SYMANTEC'S MOTION TO DISMISS** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on April 2, 2018, Plaintiff Montgomery Beyer ("Plaintiff") filed a complaint |
| 3 | ("Complaint") in this matter; |
| 4 | WHEREAS, on April 23, 2018, Defendant Symantec Corporation ("Symantec") filed a |
| 5 | stipulation to extend Symantec's time to respond to the Complaint from April 25, 2018 to May 25, |
| 6 | 2018 (ECF No. 15); |
| 7 | WHEREAS, Symantec filed its Notice of Motion and Motion to Dismiss Plaintiff's |
| 8 | Complaint on May 25, 2018 (ECF No. 17); |
| 9 | WHEREAS, pursuant to N.D. Cal. Civil Local Rule 7-3, Plaintiff's opposition to the Motion |
| 10 | to Dismiss must be filed and served by June 8, 2018, and Symantec's reply must be filed and served |
| 11 | not more than 7 days thereafter; |
| 12 | WHEREAS, Plaintiff requires additional time to submit his opposition due to substantial |
| 13 | overlapping deadlines, and requested Symantec's agreement to a modified briefing schedule; |
| 14 | WHEREAS, the parties agree to an enlargement of time as to the briefing schedule, with |
| 15 | the July 12, 2018 hearing date remaining as noticed; |
| 16 | NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned |
| 17 | counsel for the parties, subject to Court approval that: |

1. The time for Plaintiff to oppose Symantec's Motion to Dismiss shall be extended from June 8, 2018 to June 18, 2018;
2. Symantec shall file its reply brief by June 29, 2018; and
3. The hearing date for Defendant's Motion to Dismiss, currently noticed for July 12, 2018, shall maintain and will not be continued.

The parties respectfully request that the Court enter an Order approving this Stipulation.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: May 31, 2018 | | SCHUBERT JONCKHEER & KOLBE LLP |
| | By: | */s/ Willem F. Jonckheer* |
| | | Willem F. Jonckheer |
| | | Attorneys for Plaintiff |
| | | Montgomery Beyer |
| Dated: May 31, 2018 | | FENWICK & WEST LLP |
| | By: | */s/ Laurence F. Pulgram* |
| | | Laurence F. Pulgram |
| | | Attorneys for Defendant |
| | | Symantec Corp. |

## ATTESTATION

I, Willem F. Jonckheer, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT SYMANTEC'S MOTION TO DISMISS**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: May 31, 2018        By: */s/ Willem F. Jonckheer*
                                Willem F. Jonckheer

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 4, 2018        _____
                            Honorable Edward M. Chen

**IT IS SO ORDERED**
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT SYMANTEC'S MOTION TO DISMISS — Case No. 3:18-cv-02006-EMC — 3