ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
WILLEM F. JONCKHEER (S.B.N. 178748)
wjonckheer@sjk.law
NOAH M. SCHUBERT (S.B.N. 278696)
nschubert@sjk.law
CASSIDY KIM (S.B.N. 315236)
ckim@sjk.law
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

JOHN ARCHIBALD, *admitted pro hac vice*
jarchibald@investigationcounsel.com
INVESTIGATION COUNSEL P.C.
350 Bay Street, Suite 300
Toronto, Ontario   M5H 2S6
Canada
Telephone: (416) 637-3152
Facsimile: (416) 637-3445

Attorneys for Plaintiffs

LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB NO. 205790)
tnewby@fenwick.com
MOLLY R. MELCHER (CSB NO. 272950)
mmelcher@fenwick.com
CIARA N. MCHALE (CSB NO. 293308)
cmchale@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

Attorneys for Defendant
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTGOMERY BEYER and LINDA CHESLOW, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No. 3:18-cv-02006-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT SYMANTEC'S MOTION TO DENY CLASS CERTIFICATION AS TO ALL PUTATIVE CLASS MEMBERS SUBJECT TO ARBITRATION AGREEMENTS AND MODIFYING PUTATIVE CLASS DEFINITION** |

**STIPULATION**

WHEREAS, on January 17, 2019, Defendant Symantec Corporation ("Symantec") filed its Motion to Deny Class Certification as to All Putative Class Members Subject to Arbitration Agreements and to Strike or Modify Class Definition (Dkt. No. 64) (the "Motion");

WHEREAS, the Parties have agreed to stipulate to the granting of the Motion and to modify the operative proposed putative class definition as described below in order to exclude from the class persons and purchases subject to arbitration agreements;

WHEREAS, the Parties' agreement herein relates solely to the application of the arbitration agreements governing certain Norton Products to the proposed putative class definition;

WHEREAS, Symantec preserves the right to further challenge the proposed putative class definition and to oppose class certification and the class definition based on numerous other grounds in due course during this proceeding, and nothing in this Stipulation shall limit or be deemed a waiver of Symantec's opposition to class certification;

WHEREAS, Plaintiffs Montgomery Beyer and Linda Cheslow ("Plaintiffs") preserve the right to further modify the proposed putative class definition based on any new facts or developments during the course of this litigation, including ongoing discovery and consistent with exclusion from the class of those subject to an arbitration agreement;

IT IS HEREBY STIPULATED between Plaintiffs and Symantec that the Motion is granted, and the operative proposed putative class shall be defined as follows:

**Nationwide Class:**

1. All persons in the United States and its territories who purchased or licensed Enterprise Products between December 21, 2005 and September 19, 2016 (the "Class Period").

2. All persons in the United States and its territories who purchased, licensed, or manually renewed:
    a. Norton AntiVirus on or before August 22, 2012
    b. Norton Internet Security on or before August 22, 2012
    c. Norton 360 on or before on or before January 27, 2012
    d. Norton 360 Premier on or before January 27, 2012
    e. Norton 360 Multi Device on or before September 2, 2013
    f. Norton 360 Everywhere on or before March 22, 2012

      g. Norton Power Eraser on or before May 13, 2013
      h. Norton Internet Security for Mac on or before October 22, 2014
      i. Norton AntiVirus for Mac on or before October 22, 2014
      j. Norton Bootable Removal Tool on or before April 3, 2016

or subsequently autorenewed such software during the Class Period.

**Consumer Subclass:**

All persons in the United States and its territories who purchased, licensed, or manually renewed:
      a. Norton AntiVirus on or before August 22, 2012
      b. Norton Internet Security on or before August 22, 2012
      c. Norton 360 on or before on or before January 27, 2012
      d. Norton 360 Premier on or before January 27, 2012
      e. Norton 360 Multi Device on or before September 2, 2013
      f. Norton 360 Everywhere on or before March 22, 2012
      g. Norton Power Eraser on or before May 12, 2013
      h. Norton Internet Security for Mac on or before October 22, 2014
      i. Norton AntiVirus for Mac on or before October 22, 2014
      j. Norton Bootable Removal Tool on or before April 3, 2016

or subsequently autorenewed such software during the Class Period.

IT IS FURTHER STIPULATED between Plaintiffs and Symantec that Plaintiffs will not seek certification of any Nationwide or Consumer Subclass containing any person to the extent his or her claims arise from the use of Norton Products not obtained in a manner within the class definition described above, including: (a) new licenses obtained outside the time periods described above; (b) autorenewals of any such new licenses described in (a); (c) manual renewals of any licenses outside the time periods described above; (d) upgrades of any licenses outside the time periods described above; and (e) purchases, licenses, or upgrades to Norton Security, Norton Security with Backup, or Norton AntiVirus Basic.  Such persons shall not be precluded from pursuing claims as part of any Nationwide Class or Consumer Subclass based on their use of Norton Products that are within the limits of the Nationwide Class and Consumer Subclass definitions.

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER
GRANTING MOTION TO DENY CLASS
CERTIFICATION AND MODIFYING
PUTATIVE CLASS DEFINITION        3        Case No. 3:18-cv-02006-EMC

| | | |
|---|---|---|
| Dated: February 28, 2019 | | FENWICK & WEST LLP |

By: */s/ Laurence F. Pulgram*
　　Laurence F. Pulgram

Attorneys for Defendant
Symantec Corp.

Dated: February 28, 2019    SCHUBERT JONCKHEER & KOLBE LLP

By: */s/ Willem F. Jonckheer*
　　Willem F. Jonckheer

Attorneys for Plaintiffs
Montgomery Beyer and Linda Cheslow

**ATTESTATION**

I, Laurence F. Pulgram, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT SYMANTEC'S MOTION TO DENY CLASS CERTIFICATION AS TO ALL PUTATIVE CLASS MEMBERS SUBJECT TO ARBITRATION AGREEMENTS AND MODIFYING PUTATIVE CLASS DEFINITION**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: February 28, 2019    By: */s/ Laurence F. Pulgram*
　　　　　　　　　　　　　　　　 Laurence F. Pulgram

FENWICK & WEST LLP
ATTORNEYS AT LAW

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  Octej "3."423;

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE O ct