1  ROBERT C. SCHUBERT (S.B.N. 62684)
   rschubert@sjk.law
2  WILLEM F. JONCKHEER (S.B.N. 178748)
   wjonckheer@sjk.law
3  NOAH M. SCHUBERT (S.B.N. 278696)
   nschubert@sjk.law
4  SCHUBERT JONCKHEER & KOLBE LLP
   Three Embarcadero Center, Suite 1650
5  San Francisco, California 94111
   Telephone: (415) 788-4220
6  Facsimile: (415) 788-0161

7  JOHN ARCHIBALD, *admitted pro hac vice*
   jarchibald@investigationcounsel.com
8  INVESTIGATION COUNSEL P.C.
   350 Bay Street, Suite 300
9  Toronto, Ontario   M5H 2S6
   Canada
10 Telephone: (416) 637-3152
11 Facsimile: (416) 637-3445

12 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTGOMERY BEYER and LINDA CHESLOW, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No. 3:18-cv-02006-EMC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Montgomery Beyer and Linda Cheslow ("Plaintiffs") hereby dismiss, without prejudice, their claims in the above-captioned action against Defendant Symantec Corporation ("Defendant"). This notice is being filed with the Court before Defendant has served an answer or moved for summary judgment in this action, and before a class has been certified.

Dated: April 9, 2019

By: /s/Willem F. Jonckheer

ROBERT C. SCHUBERT (S.B.N. 62684)
WILLEM F. JONCKHEER (S.B.N. 178748)
NOAH M. SCHUBERT (S.B.N. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

JOHN ARCHIBALD, *admitted pro hac vice*
**INVESTIGATION COUNSEL P.C.**
350 Bay Street, [...]
[...] 2S6
[...]
[...]

*[Attorneys] for Plaintiffs*

IT IS SO ORDERED
Judge Edward M. Chen

DATED: April 10, 2019

---

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Case No. 3:18-cv-02006-EMC

2